## IN THE US FEDERAL DISTRICT COURT OF NEBRASKA

| | | |
|---|---|---|
| ALL-INCLUSIVE AQUATICS, LLC, TERTIA ALLEN, MEGAN DIDULO, KASSANDRA HODGEN, KELSEY LAWRENCE, AND LILIES & SPARROWS MEDIA LLC, | ) ) ) ) ) ) | Case No.:  CI 25-00333 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MOTION TO REQUEST TO WITHDRAW AS COUNSEL** |
| MCKENZIE SCHNEIDER, an individual, And BRIDGE TO INDEPENDENCE, INC. | ) ) ) ) | |
| Defendants. | ) | |

COMES NOW Thomas C. Dorwart, attorney of record for the Plaintiffs and hereby requests to withdraw as counsel for Plaintiffs, due to counsel withdrawing from practice of litigation.

DATED:  August 20, 2025

Respectfully submitted,

THOMAS C. DORWART

Attorney for Plaintiff,

By:   /s/ Thomas C. Dorwart
Thomas C. Dorwart, NE # 25698
Dorwart Law
7305 Main St.
Ralston, NE 68127
Telephone:  (402) 558-1404
Facsimile:
E-Mail:  tomdorwart@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the above and foregoing has been via Nebraska's e-filing system on this August 20, 2025.

/s/ Thomas C. Dorwart
THOMAS C. DORWART LAW