IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALL-INCLUSIVE AQUATICS, LLC, TERTIA ALLEN, MEGAN DIDULO, KASSANDRA HODGEN, KELSEY LAWRENCE, and  LILIES & SPARROWS MEDIA LLC, | **8:25CV333** |
| Plaintiffs, | |
| vs. | **ORDER TO SHOW CAUSE** |
| MCKENZIE SCHNEIDER, an individual; and  BRIDGE TO INDEPENDENCE, INC., | |
| Defendants. | |

This matter comes before the court after a review of the docket and telephonic hearing held on September 22, 2025 regarding Plaintiff's Motion to Withdraw. (Filing No. 7). Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on May 6, 2025 (Filing No. 1) and Motion for Leave to Proceed in forma pauperis was filed May 9, 2025. (Filing No. 3). After the court deny Plaintiffs' Motion for leave to Proceed in forma pauperis for failure to comply with

NECivR 2.2 and 28 U.S.C. § 636(c)(2) on May 20, 2025, Plaintiff refiled the Complaint and paid the require filing fee on June 10, 2025. (Filing No. 5). Plaintiff was issued summons that same day. (Filing No. 6). More than 90 days has elapsed since the Complaint, with the filing fee, was filed. To date, Plaintiff has not filed a return of service indicating service on any defendant and none of the defendants have voluntarily appeared.

Accordingly, IT IS ORDERED that Plaintiff shall have until October 22, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m), or take appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 22nd day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge